John C. **WILBANKS** and Sherrel **Wilbanks, Respondents,**

v.

Ryan P. **KEITH, Appellant.**

**No. WD 42987.**

Missouri Court of Appeals, Western District.

Dec. 11, 1990.

William E. Simmons, Clinton, for appellant.

Michael X. Edgett and William J. Cason, Cason, Edgett & Johns, Clinton, for respondents.

Before LOWENSTEIN, P.J., and MANFORD and SHANGLER, JJ.

### ORDER

PER CURIAM:

Direct appeal from jury verdict awarding compensatory damages to husband resulting from automobile accident and to wife for loss of consortium.

Judgment affirmed. Rule 84.16(b).